# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### CRIMINAL NO. 3:97CR262

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| LEON McQUEARY ) | |

**THIS MATTER** is before the Court on motion of Defendant's court appointed counsel to withdraw.

In the interest of judicial economy, the undersigned has determined that this case should be reassigned to another judicial officer.

**IT IS, THEREFORE, ORDERED** that the Clerk reassign this matter to another judge within this District.

**IT IS FURTHER ORDERED** that the sentencing hearing scheduled for February 24, 2009, is **CONTINUED**, and a ruling on counsel's motion to withdraw is held in abeyance pending reassignment of this case.

2

Signed: February 6, 2009

Lacy H. Thornburg
United States District Judge